UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3926**

Case Title: **Juan Cabrera-Claros** vs. **United States of America**

List all clients you represent in this appeal:

**Juan Cabrera-Claros**

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Roger A. Boyer**   Signature: s/ **Roger A. Boyer**

Firm Name: **Benesch, Friedlander, Coplan & Aronoff**

Business Address: **127 Public Square, Suite 4900**

City/State/Zip: **Cleveland, Ohio 44114**

Telephone Number (Area Code): **216-363-4522**

Email Address: **rboyer@beneschlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17